United States District Court
Southern District OF Indiana

**FILED**

09/20/2021

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

Bryce Bernacchi,
　　Plaintiff (s)

– v –

Sgt. C. Martinez, Officer J. Thompson,
Individually, And Their official Capacities,
　　　　Defendant (s)

Case No. 2:21-cv-360-JPH-DLP

# COMPLAINT

## I. Jurisdiction & Venue

1. This Civil Action Authorized By 42 U.S.C. Section 1983 To redress The Peprivation under Color OF State Law, OF Right Secured By The Constitution OF The United States. The Court has Jurisdiction under 28 U.S.C. Section 1331 And 1343 (2) (3), Plaintiff Bernacchi seeks Declaratory relief Pursuant To 28 U.S.C. Section 2201 And 2202. Plaintiff Bernacchi Claims for Any relief The Court Will Grant To Plaintiff Bernacchi Authorized By 28 U.S.C. Section 2285 & 2284 And Rule 65 OF The federal Rules OF Civil Procedure.

2. The Southern District Of Indiana is An Appropriate Venue Under 28 U.S.C. Section 1391 (b) (2) Because it is where The Events giving rise To This Claim Occurred.

## II. PLAINTIFF'S

3. Plaintiff Bernacchi, is right now mentioned here In A Prisoner Of The State Of Indiana And The Custdy Of The INDIANA DEPARTMENT OF CORRECTIONAL FACILITY In Carlisle, Indiana.

## III. DEFENDANTS

4. Defendant Sgt. C. Mattinez is A Sergeant who work At WaBash Valley Correctional facility, He is Legally responsible Beating UP The Plaintiff Bernacchi And causeing Physical harm To him for no reason. And A Chipped tooth

5. Defendant Officer J. Thompson is A officer who work At Wabash valley Correctional facility, He is Legally responsible for Putting his hands on The Plaintiff Bernacchi And causeing Physical harm To him for No reason, And A Chipped tooth

6. These Defendant(s) In This complaint is Sued Individually And There Official Capacity. At All Times mentioned in This Complaint These Defendant(s) Acted under The Color Of state And Federal Law.

## IV. FACT'S

7. On 2-8-2021 The Plaintiff Bryce Bernacchi was Placed in handcoffs in cell G-406 which was Done By Defendant Sgt. C. Martinez And Defendant Officer J. Thompson, which They said I Smacked Defendant Sgt. C. Martinez's hand Away so I was given A Conduct report for fleeing / Resisting, And

8. Plaintiff Bryce Bernacchi was Taken out of his cell G-406 without further incident But when Plaintiff was Taken out, instead of Being Taken out The fire exit Door which is Always used when inmates go in and out of G-Dorm unit on Both left side And right side of The Dorm unit, And

9. Plaintiff Bryce Bernacchi was Taken off Camera into The hallway where The main Door To G-Dorm unit is, As I was Being escorted Down That hallway I noticed That The Door was not even open. And All of A Sudden I was Tripped from Behind By Both Defendant Sgt. C. Martinez And Defendant officer J. Thompson while I was still In hand restraints Behind my Back And I was Kicked in my mouth By Both Defendant(s) In This Complaint. And

10. Then Defendant Sgt. C. Martinez said To The Plaintiff You Are going To Shut Your Fucking mouth, You understand"? And The Plaintiff Bryce Bernacchi said Back To him " Yeah, I Understand."

③

11. This Attack was completly unnessasary Because I was not Doing Anything wrong That required Physical & force By Both Defendant Sgt. C. Matinez And Defendant Officer J. Thompson. And

12. Proving That is The fact That There is no incident report on This Specific use of force. And

13. Then Plaintiff Bernacchi Then sat up And Defendant Sgt. C. Matinez Opened The front Door And Stood There looking At Defendant Officer J. Thompson Smiling. And Then Plaintiff Asked Defendant Sgt. C. Martinez why woold They Do That?" And He stated I Dont Know what you're Talking About." And Then He walked off And went in one of The offices. And

14. Then Plaintiff Bernacchi stood up And Asked Defendant officer J. Thompson why would They Do That To me And He Also stated" I Dont Know what You Are Talking About". And

15. Then Defendant Sgt. C. Martinez Came out of The office And He Shove The Plaintiff up Against The Wall And stated " you Are going To CCU, If you Try Anything stupid I Am going To Stomp Your face into The Concrete And Nobody will say A word." Then Him And Defendant Officer J. Thompson grabed The Plaintiff By his handcuffs And made him walk in A Bent over stance And This was very Painful To The Plaintiff wrist Because Both Defendant Sgt. C. Martinez And Defendant Officer J. Thompson was Jerking me Around A Lot.

④

And Then They finally Let The Plaintiff walk normal after About 20 yards on The walk, I was Then Taken To CCU. And

16. Then Plaintiff Bernacchi was Placed in The CCU suicide Tank And A Nurse Came To The Door And Asked The Plaintiff If he was okay And he Tried To Tell her what happened And She Asked " Do you have Any marks? And The Plaintiff said yes my tooth is Chipped from when Both Defendant(s) Sgt. C. Martinez And Defendant(s) Officer J. Thompson Tripped me on To The Floor And Kicked me in my mouth? And She said Back To me " I Dont see Anything And Walked Away. And

17. Then The next Day on 2/9/2021 Plaintiff Bernacchi was Seen By Mental Health Staff Kelly Inda And I Told her About what happend But I Told her That I Didn't want her To report it Because I Didn't want To make Things worse for myself, But She said That She had To report it To Investigtions And intelligence. And

18. A few Days Later Plaintiff Bernacchi was Pulled out of his Cell And Questioned By Investigtions And intelligence And I Told Them everything That happened And They Asked me if I really wanted To go Through with what I was Saying Because By me telling Them This I Could Be A Target By Defendant(s) Sgt. C. Martinez And Defendant Officer J. Thompson or By Any other Officer(s) or Staff members That They might Be friends with. And The Plaintiff Told Them I Still wanted To follow Through with it. And

19. All These Things In The Plaintiff Bernacchi Complaint is The Truth And The Plaintiff Do have A Chipped Tooth Because of what Both Defendant(s) Sgt. C. martinez And Defendant Officer J. Thompson Did To The Plaintiff By Kicking him In The mouth And Tripped him To The floor what Also Cause him To go face first To The ground. And

20. The Plaintiff Bryce Bernacchi Did file his Orianally greivance On 2/12/2021 Dut It was Never received By The greivance Specialist About The Issue's In The complaint on The Defendant(s) And They said received it! And when I Did'nt received no reply I wrote The greivance specialist. Please See As EXhibit A The Request For Interview The Plaintiff wrote checking up on The greivance That They Never received. And

21. The Plaintiff Bryce Bernacchi still Try To EXhaust his ADministrative Remedy Through The Offender grievance process But The grievance specialist Did not Let it go Through saying he was out of Time frame And other Things But Plaintiff Keap Trying To EXhaust his ADministrative Remedy like he was souppse To. Please See As EXhibit B. And

22. Then The Plaintiff Bryce Bernacchi Try explaining To The Grievance Specialist That he Turn his Grievance In Through A mailbag Because Thats how They Do it In CCU Segregate where The Plaintiff was housed At CCU And He Try To Tell Them it was not his fault That They Dont Do The Grievance Process The

right way Because Their no grievance Box where you Can Turn In
A grievance And Known one get To it But The grievance Specialist.
And The grievance Specialist wrote Back That There Are no
grievance Boxes Anywhere In The facility. Please see As Exhibit
C what The grievance Specialist respond was. And

23. When you Are housed In CCU Segregate unit you Are
soupese To Put your grievance In The mailBag Which The Officer's
have To Pick It UP And Then It go To The Caseworker who
Then Soupese To Turn it In To The grievance Specialist! now At
AnyTime Officer's Could of Take my grievance out of my mailBag
who Could of Be Protecting    The Defendant'S In This
Complaint or The Caseworker. And

24. The Plaintiff Bryce Bernacchi Did fire out A Health Care
Slip To The Dentist    Trying To Treatment for his Chipped
Tooth    And for Pain But Still have not Been seen yet. And

25. The Plaintiff Bryce Bernacchi Also wrote To The Internal
Affairs About The Issue's In This Complaint you Can see As
Exhibit D. And

26. All These Things Did happen To The Plaintiff Bernacchi At
Wabash Valley Correctional facility Prison. And

27. The Plaintiff Bryce Bernacchi 35 for monatary Value witch Violates The miranda Rights, And 8th Amendment To The United States Consititution.

28. All These Defendant(S) In This Complaint Cause Injury By emotional Distress, Suffering And mental Arguish, As They Did So Knowingly And Intentionally.

## V. Legal Claims

29. Plaintiff reallege And in Corporate By referance Paragraphs 1-28.

## VI. PRAYER FOR RELIEF

Wherefore, Plaintiff respectfully Pray That This Court enter Judgement.

30. Granting Plaintiff Bryce Bernacchi A Declaration That The Acts And Omission Described herein Violate his Right under The Constitution And Law of The United States, And

31. Granting Plaintiff Bryce Bernacchi Punitive Damages In The Amount Of $ 50,000.ºº (Dollars) Against All The Defendant(S) In This Complaint And Severally so, And

32. Granting Plaintiff Bryce Bernacchi Compensatory Damages In The Amount OF $ 75,000.ºº (Dollars) Against All The Defendant(S) In This Complaint And severally so, And

33. Granting Plaintiff Bryce Bernacchi A Preliminary injunctive relief Transfer To Any Level 3 OR 4 facility, And

34. Plaintiff Also seeks A Jury Trial on All Issue's Triable By Jury, And

35. Plaintiff Also seeks recovery of his Cost in This Law suit, And

36. Any Additional relief This Court Deems Just, Proper, And equitable.

Date: September 15, 2021

X Bryce Bernacchi

# VERIFICATION

I have read The forgoing Complaint And Here-By Verify That The matters Alleged There In Are True, except AS To matters Alleged on Information And Belief, And, AS To Those, I Believe To Be True. I Certify under Penalty At Perjury That The foregoing is True And Correct,

Executed At Wabash Valley Correctional facility September 15, 2021

X Bryce Bernacchi
X 9/15/21