UNITED STATES DISTRICT COURT
FOR THE Southern DISTRICT OF Indiana

FILED
11/08/2021
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

Bryce Bernacchi
Full name of plaintiff(s)

v.

Case No. 2:21-cv-00360-JPH-DLP
(Provided by the clerk of court)

C. Martinez, J. Thompson
Full name of defendant(s)

PRISONER REQUEST TO PROCEED IN DISTRICT COURT
WITHOUT PREPAYING THE FULL FILING FEE

Answer the following questions to the best of your ability.
Note: If you do not tell the truth, the court may dismiss your lawsuit.

I.  **Personal Information**

1)  Your name: Bryce Bernacchi

    (a) State the place of your incarceration and provide your prisoner identification number:

    Wabash Valley Correctional Facility    282002
    (place)                                (number)

    (b) Are you employed at the institution?    ☐ Yes    ☒ No

    (c) Do you receive any payment from the institution?    ☐ Yes    ☒ No

**Attach a printout of your prison trust account statement showing transactions for the six-month period immediately preceding the filing of this request and showing the current balance of your account.**

Fee Request – 1

2) Do you have any dependents that you are responsible for supporting?

☐ Yes ☑ No

If "yes," list them below.

| Name or initials (for minor children only) | Relationship to You | Age | Amount of Support Provided per Month |
|---|---|---|---|
| _____ | _____ | _____ | $_____ |
| _____ | _____ | _____ | $_____ |
| _____ | _____ | _____ | $_____ |

II. **Property or Assets:** - If you are married, your answers must *include your spouse's property.*

1) Do you own a car?

☐ Yes ☑ No   If "yes," list the car(s) below:

| Make and Model | Year | Approximate Current Value |
|---|---|---|
| _____ | _____ | $_____ |
| _____ | _____ | $_____ |

2) Do you own your home(s)?   ☐ Yes ☑ No

If "Yes," state the approximate value(s). $ _____

What is the amount of equity (assessed value of residence minus outstanding mortgage balance) in the home(s)?   $ _____

3) Do you have any cash or checking, savings, or other similar accounts?
☐ Yes ☑ No

If "Yes," state the total of such sums.   $ _____

4) Do you own any other property of value, such as real estate, stocks, bonds, trusts, or individual retirement accounts (e.g., IRA, 401 k), artwork, or jewelry?

☐ Yes     ☑ No

If "Yes," describe the property and the approximate value(s).

_____

_____

III.  **Litigation History**

For each federal lawsuit that you recall having filed, list as much of the following information that you remember about each case: The name of the case (that is, the plaintiffs and the defendants), the case number or year of filing, and the federal district in which you filed the case. Use more paper if needed.

| Case Name (Plaintiffs and defendants) | Case number (or year of filing) | Federal district |
|---|---|---|
| None | | |
| | | |
| | | |
| | | |
| | | |

IV. **Other Circumstances** - Describe any other financial circumstance(s) that you would like the court to consider when reviewing this petition.

I was getting money on my account on a regular basis but my mother lost her job, so I am complytly indigent.

I, Bryce Bernacchi declare that I am the plaintiff bringing this complaint. I declare that I am unable to prepay the full filing fee and that I am entitled to the relief sought in the complaint.

11/4/21
Date

*Bryce Bernacchi*
Signature - Signed Under Penalty of Perjury