UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| BRYCE BERNACCHI, | ) |
|       Plaintiff, | ) |
|       v. | ) No. 2:21-cv-00360-JPH-DLP |
| C. MARTINEZ, | ) |
| J. THOMPSON, | ) |
|       Defendants. | ) |

### FINAL JUDGMENT

The Court now enters FINAL JUDGMENT. The action is dismissed without prejudice.

Date: 3/3/2022

Roger A.G. Sharpe, Clerk of Court

By: *Pam Pope*
Deputy Clerk

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

BRYCE BERNACCHI
282002
WABASH VALLEY - CF
WABASH VALLEY CORRECTIONAL FACILITY - Inmate Mail/Parcels
6908 S. Old US Hwy 41
P.O. Box 1111
CARLISLE, IN 47838